# metro
## by T··Mobile·

August 2, 2021

0 T5 P1 1129 *********************SNGLP
KEVIN FRYE

Dear KEVIN FRYE:

Re: INCD2021-07-5624556
INCD2021-07-5626902

We recently detected unauthorized activity on your Metro by T-Mobile account ("Metro"), during which an unknown party would have had access to Customer Proprietary Network Information ("CPNI"). CPNI includes information about calls made and received on your line(s), and certain account information including your service plan and features you may subscribe to. We are sending this notice as required by Federal Communications Commission rules.

Specifically, an unknown party assigned your phone line(s) ending in 7877 to the SIM card in a device other than yours on 7/6/2021 6:27:22 PM CST lasting until 7/6/2021 6:38:08 PM CST. The same line experienced another reassignment on 7/7/2021 6:31:25 PM CST lasting until 7/7/2021 6:45:14 PM CST. To the extent this may have resulted in service disruption or any unauthorized charges to your Metro account, we have worked to ensure those were identified quickly and any issues should now be corrected. During the time of this re-assignment of your phone line(s), the unknown party would have had access to incoming calls and texts to that line.

If you have not done so already, we encourage you add or update your 6-15 digit Care Personal Identification Number (PIN) to your account to help protect against unauthorized access to your account. We also encourage you to update your Metro password (used for online access to your Metro account), and confirm you have appropriate security for your email, financial, and other accounts that may send password resets or other credentials to your phone. Contact customer Care at *611 from your Metro phone, 888-8metro8 (888-863-8768) from any phone, or visit a Metro retail store for help updating your Metro credentials.

Changing a SIM assignment (a type of account takeover fraud) is one way fraudsters may attempt identity theft. You may wish to place a fraud alert, which signals creditors to contact you before opening new accounts in your name. You can call any one of the three credit bureaus below to place a fraud alert on your credit file. You can also visit the credit bureau websites or write for additional information about fraud alerts.

| Experian | Equifax | TransUnion |
|---|---|---|
| www.experian.com/fraud | www.alerts.equifax.com | www.transunion.com/fraud |
| P.O Box 9554 | Equifax Information Services LLC | Fraud Victim Assistance Department |
| Allen, TX 75013 | P.O. Box 740256 | P.O. Box 2000 |
| 1-888-397-3742 | Atlanta, GA 30374 | Chester, PA 19016 |
| | 1-800-525-6285 | 1-800-680-7289 |

We have a number of safeguards in place to protect your personal information from unauthorized access, use, or disclosure. For more information on how we protect your information, please reivew our Privacy Statement at https://www.metrobyt-mobile.com/privacy. We also provide security tips for you at: https://www.t-mobile.com/responsibility/privacy.

We apologize for any inconvenience this incident may have caused you. Should you have any questions, please contact the T-Mobile Privacy Office at 425-383-4000 or MetroPrivacy@T-Mobile.com.

Sincerely,
T-Mobile Privacy Office
T-Mobile US, Inc.

T-Mobile USA, Inc. 12920 SE 38th Street, Bellevue, Washington 98006