AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| KEVIN FRYE | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:21-cv-61653-KMM |
| T-MOBILE USA, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  T-MOBILE USA, INC.
C/O REGISTERD AGENT
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrayer Law Firm, LLC.
912 South Andrews Avenue
Fort Lauderdale, FL 33316

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 10, 2021

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court