**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:21-cv-61653-KMM**

**KEVIN FRYE**

      **Plaintiff,**

**v.**

**T-MOBILE USA, INC.**

      **Defendant.**

_____/

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant T-Mobile USA, Inc. make the following disclosure:  T-Mobile USA, Inc. is wholly owned by T-Mobile US, Inc.  T-Mobile US, Inc. is a publicly-traded company.  Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte ansprakelijkheidraies*) organized and existing under the laws of the Netherlands, which owns more than 10% of the shares of T-Mobile US, Inc.

      DATED this 12th day of October, 2021.

                        Respectfully submitted,

                        DAVIS WRIGHT TREMAINE LLP

                        By */s/Matthew Tuchman*_____
                          Matthew Tuchman, Fl. Bar No. 109297
                          1301 K Street, N.W., Suite 500 East
                          Washington, DC  20005
                          Telephone: 202.973.4220
                          Email: matthewtuchman@dwt.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the document to which this certificate is attached to be delivered via CM/ECF on this 12th day of October 2021 to:

Glen Shrayer
Shrayer Law Firm, LLC.
101 Northeast 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33301
Email:  ghs@shrayerlaw.com

/s/Matthew Tuchman
Matthew Tuchman
*Counsel for Defendant T-Mobile USA, Inc.*

4846-4700-6718v.1 0102559-000330