UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

KEVIN FRYE                                                              Case # 21-cv-61653

Plaintiff

v.

T-MOBILE USA, INC.

Defendant
_____/

**NOTICE OF STRIKING
DOCKET ENTRY 33**

The parties, by and through counsel, hereby file this Notice of Striking Docket Entry 33 [ECF NO. 33] and in support thereof state as follows:

1. On December 23, 2021 the undersigned filed a Joint Proposed Order Scheduling Mediation [ECF. No. 33]. However, the Parties did not attach the Joint Proposed Order Scheduling Mediation to a motion, notice, or other filing, as required by Under the CM/ECF Administrative Procedures.

2. The Clerk thereafter entered a "Clerks Notice to Filer" [ECF No. 34] indicating that the Parties must "File a Notice of Striking, then resubmit the proposed order as instructed in the CM/ECF Administrative Procedures."

3. For the foregoing reasons, the Parties seek to strike Docket Entry No. 33, "Joint Notice of Mediator Selection and Hearing."

4.  The parties filed the Notice of Mediation and Scheduling and Proposed Order in accordance with the Clerk's notification and with CM/ECF Administrative Procedures.

WHEREFORE, the Parties, by and through undersigned counsel, request this Court to strike Docket Entry 33 [ECF No. 33].

Respectfully submitted,

/s/ Glen Shrayer
Glen Shrayer

*Counsel for Plaintiff Kevin Frye*

/s/ Matthew Tuchman
Matthew Tuchman

*Counsel for Defendant T-Mobile USA, Inc.*

## ATTESTATION

I hereby attest that Defense counsel Matthew Tuchman consented to the contents, signing, and filing of this joint submission.

/s/ Glen Shrayer
Glen Shrayer

*Counsel for Plaintiff*

"